PTC Held
2-13-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

February 13, 2004

11:00 a.m.

CASE NO. **3:00cv1591 (AHN)**    **DeMuria v Hawkes**

John R. Williams
Williams & Pattis
51 Elm Street, Ste. 409
New Haven, CT 06510

Eric P. Smith
High F. Keefe
Timothy Pothin
Lynch, Traub, Keef & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

Kenneth J. McDonnell
Gould, Larson, Bennet, Wells & McDonnell
35 Plains Rd., Po Box 959
Essex, CT 06426

A. Jeffrey Somers
Law Offices Of Larry Lewis
639 Research Parkway
Meriden, CT 06450

James Field Spallone
Gould, Larson, Bennet, Wells & McDonnell
35 Plains Rd., Po Box 959
Essex, CT 06426

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Any request for postponement should be addressed to Alice Montz at 203 579-5952

- Defendants to file renewed motion for summary judgment w/in 30 days.