# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DeMURIA and : | |
| MICHAEL DeMURIA : | DOCKET NO. 3:00CV01591 (AHN) |
| : | |
| V. : | |
| : | |
| ALBERT F. HAWKES and : | MARCH 12, 2004 |
| JUDITH A. MARSHALL : | |

MOTION FOR SUMMARY JUDGMENT ON BEHALF OF JUDITH MARSHALL

    The defendant, Judith A. Marshall, respectfully moves for summary judgment on the plaintiffs' claims against her.  This defendant submits that there are no genuine issues of material fact and she is, therefore, entitled to summary judgment on those claims.  A memorandum of law in support of this defendant's motion is attached hereto.

                                 The Defendant,
                                 Judith A. Marshall

                         BY: _____
                               Nicole M. Fournier, Esq.
                               Lynch, Traub, Keefe & Errante
                               52 Trumbull Street, P.O. Box 1612
                               New Haven, CT 06506
                               (203) 787-0275
                               Federal Bar No. ct18555

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\18500-18999\18571 J. MARSHALL\001 CIVIL RIGHTS HFK\MOTION FOR SUMMARY JUDGMENT.DOC

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed on March 11, 2004, to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Kenneth J. McDonnell, Esq.
Gould, Larson, Bennet, et al.
35 Plains Road – P.O. Box 959
Essex, CT  06426

                                                 BY: _____
                                                         Nicole M. Fournier

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\18500-18999\18571 J. MARSHALL\001 CIVIL RIGHTS HFK\MOTION FOR SUMMARY JUDGMENT.DOC