UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DeMURIA and : | |
| MICHAEL DeMURIA : | DOCKET NO. 3:00CV01591 (AHN) |
| : | |
| V. : | |
| : | |
| ALBERT F. HAWKES and : | MARCH 12, 2004 |
| JUDITH A. MARSHALL : | |

### DEFENDANT JUDITH A. MARSHALL'S LOCAL RULE 56(a)(1) STATEMENT

Pursuant to Federal Rule Civil Procedure 56(c) and District of Connecticut Local Rule 56(a)(1), this defendant submits the following Statement of Facts Not In Dispute in support of her Motion for Summary Judgment and Memorandum of Law in support thereof dated March 12, 2004.

1. Judith A. Marshall (hereinafter "Marshall") is a private citizen who, at all relevant times, resided in Clinton, Connecticut. (Pl.'s Compl. ¶ 5)

2. Albert F. Hawkes was, at all relevant times, a police officer in the Town of Clinton. (Pl.'s Compl. ¶ 3)

3. Marshall and her husband filed a lawsuit against the plaintiffs in 1998 concerning an issue of surface water run off onto Marshall's property. (Affidavit of Judith Marshall, ¶ 3)

4. As a result of that lawsuit, the plaintiffs, through their insurance, paid the Marshall's $3750.00. (Affidavit of Judith Marshall, ¶ 4)

5. At all relevant times, Officer Albert Hawkes was a police officer for the Town of Clinton. (Affidavit of A. Hawkes, ¶ 1)

6. Officer Albert Hawkes went to Judith Marshall's home in 1999 to question her about a telephone call she made to an excavating company. (Affidavit of Judith Marshall, ¶ 5; Affidavit of A. Hawkes, ¶ 16)

                    THE DEFENDANT
                    Judith A. Marshall


BY: _____
    Nicole M. Fournier, Esq.
    Lynch, Traub, Keefe & Errante
    52 Trumbull Street
    P.O. Box 1612
    New Haven, CT 06506
    (203) 787-0275
    Federal Bar No. ct18555

CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed on March 11, 2004, to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Kenneth J. McDonnell, Esq.
Gould, Larson, Bennet, et al.
35 Plains Road – P.O. Box 959
Essex, CT  06426

                                            BY: _____
                                                        Nicole M. Fournier