FILED

2004 MAR 15 P 1:59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DeMURIA and MICHAEL DeMURIA | : |
| Plaintiffs | : |
| VS. | : CIVIL NO. 300CV01591 (AHN) |
| ALBERT F. HAWKES and JUDITH A. MARSHALL | : |
| Defendants | : MARCH 12, 2004 |

## DEFENDANT HAWKE'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56, the defendant, ALBERT F. HAWKES, respectfully moves for summary judgment in his favor for the reason that there is no genuine issue to be tried with respect to the federal claims in the above-entitled matter or the pendent state law claims. A Memorandum of Law, a Local Civil Rule 56 (a) (1) Statement and Affidavits with exhibits are attached.

WHEREFORE, the defendant, Albert F. Hawkes, requests that this Motion for Summary Judgment be granted.

ORAL ARGUMENT IS REQUESTED

1

THE DEFENDANT, ALBERT F. HAWKES

By: _____
Kenneth J. McDonnell
Gould, Larson, Bennet, Wells & McDonnell
35 Plains Road P.O. Box 959
Essex, CT 06426
Tel. (860) 767-9055
Fed. Juris No. ct 06555

## CERTIFICATION

I hereby certify that a copy of the foregoing motion with accompanying statement of material facts not in dispute, affidavit with attachments and the memorandum of law in support thereof were mailed, postage prepaid, to the following counsel of record on this 12th day of March, 2004:

Attorney John R. Williams
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 064510

Attorney Nicole Fournier
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

_____
Kenneth J. McDonnell