UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SUSAN DEMURIA and
MICHAEL DEMURIA

      v.                                    3:00cv1591 AHN

ALBERT F. HAWKES and
JUDITH A. MARSHALL

## J U D G M E N T

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendant's motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and on September 24, 2004, entered a Ruling on Motions for Summary Judgment, granting both defendant's motions.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of September, 2004.

KEVIN F. ROWE, Clerk

By _____/s/_____
               Chrystine W. Cody
               Deputy-in-Charge

Entered on Docket _____